MARY A. AND PHILIP B. DURFEE *vs.* THE UNITED STORES.

PROVIDENCE—JUNE 16, 1902.

PRESENT : Stiness, C. J., Tillinghast and Blodgett, JJ.

(1)  *Landlord and Tenant.    Termination of Tenancy.*

Leaving the key of premises held under a monthly tenancy at the office of the landlord in his absence, without more, is not sufficient to discharge the tenant from liability for rent.

ASSUMPSIT to recover a balance alleged to be due for rent. Heard on petition of plaintiff for new trial, and petition granted.

PER CURIAM.    The court is of opinion that, assuming the defendants' contention to be correct that the premises in question were hired from month to month and not for a term of six months, as contended by the plaintiffs, nevertheless defendants have not shown a legal termination of the tenancy, either by a written notice, as required by Gen. Laws cap. 269, §§ 4 and 5, or a legal surrender of the premises by the

(1) tenant and an acceptance of them by the landlord.    The leav-
ing of the key at the office of the landlord in his absence,
without more, is not sufficient to discharge the tenant from
liability for rent.    *Vogel* v. *McAuliffe,* 18 R. I. 791 ; *Newton*
v. *Speare Laundering Co.,* 19 R. I. 546 ; *Berry* v. *White,* 24
R. I. 74.

Petition for new trial granted.

*Edwards & Angell,* for plaintiffs.

*Miller & Carroll,* for defendants.